FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2008 [illegible] P 2: 14

_____
BY DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF M & P BARGE CO., INC., AS OWNER/OPERATOR OF THE M/V HELEN G. CALYX, PETITIONING FOR EXONERATION FROM DAMAGES OR LIMITATION OF LIABILITY | CIVIL ACTION NO. 08-244-RET-CN |

## NOTICE OF COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY

NOTICE IS GIVEN that M & P Barge Co., Inc. and the M/V HELEN G. CALYX have filed a Complaint pursuant to 46 U.S.C. §183, et seq, claiming the right to exoneration from or limitation of liability for all claims allegedly resulting from the incident and/or injuries occasioned on or about April 13, 2008 when the M/V HELEN G. CALYX collided with a barge in tow of the CHARLES CLARK while endeavoring to cross the Mississippi Rive at Angola, Louisiana, all as is more fully set forth in the Complaint.

ALL PERSONS ASSERTING CLAIMS with respect to which the Complaint seeks limitation are admonished to file their respective claims with the Clerk of Court for the United States District Court, Middle District of Louisiana, and to serve on the attorneys for petitioner, Harris & Rufty, L.L.C., 650 Poydras Street, Suite 2710, New Orleans, Louisiana 70130, a copy thereof on or before the 15 day of May, 2008 at 11:59 o'clock p.m., or be defaulted.

PERSONAL ATTENDANCE is not required.

ANY CLAIMANT DESIRING TO CONTEST either the right of exoneration from or the right to limitation of liability shall file and serve an Answer to the Complaint unless his claim has included an Answer, all as is required by Rule F of the Supplemental Rules of the Federal Rules of Civil Procedure for certain admiralty and maritime claims.

Baton Rouge, Louisiana, this 28th day of April, 2008.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

HARRIS & RUFTY, L.L.C.


  /s/  Rufus C. Harris, III
RUFUS C. HARRIS, III, T.A. (#6638)
Alfred J. RUFTY III (#19990)
JILL S. WILLHOFT (#28990)
CINDY G. MARTIN (#25159)
Harris & Rufty, L.L.C.
650 Poydras Street, Suite 2710
New Orleans, Louisiana 70130
Telephone: (504) 525-7500
Attorneys for M & P Barge Company, Inc.
  and the M/V HELEN G. CALYX